# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

| | | | |
|---|---|---|---|
| United States of America | ) | | |
| v. | ) | | |
| Magali ROSA | ) | Case No. | V-22-67M |
| Juan Antonio CHARLES | ) | | |
| Bernice Annette GARZA | ) | | |

*Defendant(s)*

## AFFIDAVIT FOR MATERIAL WITNESS

BEFORE ME, the undersigned authority, personally came and appeared the undersigned Agent, who being first duly sworn, deposed, and said:

Testimony of the following persons is material in criminal proceedings against the defendant named above. Designation and detention as material witnesses is requested for:

| | |
|---|---|
| Jose de Jesus GUALAJARA-Carrillo | MEXICO |
| Oscar Armando MENDOZA-Villalta | HONDURAS |

These material witnesses have admitted to being citizens of their respective countries listed above and have admitted belonging to a class of aliens who are deportable, being illegally present within the United States. Should they be released and returned to their native country, they may not be subject to extradition. Thus, it would be impracticable to secure their presence at such time as the case is called for trial.

*Complainant's signature*

Renee Tuinstra    Special Agent
*Printed name and title*

Submitted by reliable electronic means, sworn to, Printed name and title signature attested telephonically per Fed.R.Crim.P. 4.1, and probable cause found:

Date: **December 08, 2022**

*Judge's Signature*

City and State: Corpus Christi, Texas

Jason B. Libby, U.S. Magistrate Judge
*Printed name and title*

FILED DEC 08 2022
Nathan Ochsner, Clerk of Court